EXHIBIT 2

Sahara Café
Total Damages
8/1/17
E. Schulman

|        | Straight   | 2x         | 3x         |
|--------|-----------|------------|------------|
| Smith  | $ 4,035.84 | $ 8,071.68 | $11,569.73 |
| Wright | $ 5,639.82 | $11,279.63 | $16,464.26 |
| Total  | $ 9,675.66 | $19,351.32 | $28,033.98 |

E. Schulman

| | Raymond Smith | | | | | | | | Source: Sahara Café Records, Plaintiff allegations | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7/26/17 | Minimum Wage & Overtime Damage Calculations Smith et al v. Sahara Café | | | | | | | | | | | | |

| Pay Date | Check Amount | Work Week | Total Hours Worked Per Plaintiff | Hours Worked per Week per Pay Records | Total Compensation Received | Hourly Rate of Pay | NON OT Hours Worked | Obligatory Minimum Wage Rate for Non OT Hours | Total Compensation Received for Non OT Hours | Obligatory Compensation for NON OT Hours @ MW Rate | Total Minimum Wage Damages Owed | Overtime Hours Worked | Obligatory Overtime Rate | Obligatory Wages for Overtime Hours | Total Compensation Received for OT Hours worked | Total Overtime Wage Damages Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/8/14 | agrees to gross wages | 4/20-4/26/14 | | 16 | $ 232.00 | $ 14.50 | 16 | $ 7.25 | $ 232.00 | $ 116.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| 5/15/14 | | 4/27-5/3/14 | | 16 | $ 232.00 | $ 14.50 | 16 | $ 7.25 | $ 232.00 | $ 116.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| | | 5/4-5/10/14 | | 16 | $ 232.00 | $ 14.50 | 16 | $ 7.25 | $ 232.00 | $ 116.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| | | 5/11-5/17/14 | | 47 | $ 614.00 | $ 13.06 | 40 | $ 7.25 | $ 522.55 | $ 290.00 | $ - | 7.00 | $ 19.60 | $ 137.17 | $ 91.45 | $ 45.72 |
| | | 5/18-5/24/14 | | 52 | $ 664.00 | $ 12.77 | 40 | $ 7.25 | $ 510.77 | $ 290.00 | $ - | 12.00 | $ 19.15 | $ 229.85 | $ 153.23 | $ 76.62 |
| | | 5/25-5/31/14 | 52.5 | 47 | $ 614.00 | $ 13.06 | 40 | $ 7.25 | $ 522.55 | $ 290.00 | $ - | 12.50 | $ 19.60 | $ 244.95 | $ 163.30 | $ 81.65 |
| | | 6/1-6/7/14 | 52.5 | 37 | $ 514.00 | $ 13.89 | 40 | $ 7.25 | $ 555.68 | $ 290.00 | $ - | 12.50 | $ 20.84 | $ 260.47 | $ 173.65 | $ 86.82 |
| | | 6/8-6/14/14 | 52.5 | 47 | $ 614.00 | $ 13.06 | 40 | $ 7.25 | $ 522.55 | $ 290.00 | $ - | 12.50 | $ 19.60 | $ 244.95 | $ 163.30 | $ 81.65 |
| 6/26/14 | | 6/15-6/21/14 | 52.5 | 60 | $ 780.00 | $ 13.00 | 40 | $ 7.25 | $ 520.00 | $ 290.00 | $ - | 12.50 | $ 19.50 | $ 243.75 | $ 162.50 | $ 81.25 |
| | | 6/22-6/28/14 | 52.5 | 55 | $ 740.00 | $ 13.45 | 40 | $ 7.25 | $ 538.18 | $ 290.00 | $ - | 12.50 | $ 20.18 | $ 252.27 | $ 168.18 | $ 84.09 |
| | | 6/29-7/5/14 | 52.5 | 78 | $ 1,008.00 | $ 12.92 | 40 | $ 7.25 | $ 516.92 | $ 290.00 | $ - | 12.50 | $ 19.38 | $ 242.31 | $ 161.54 | $ 80.77 |
| | | 7/6-7/12/14 | 52.5 | 55 | $ 740.00 | $ 13.45 | 40 | $ 7.25 | $ 538.18 | $ 290.00 | $ - | 12.50 | $ 20.18 | $ 252.27 | $ 168.18 | $ 84.09 |
| | | 7/13-7/19/14 | 52.5 | 68 | $ 908.00 | $ 13.35 | 40 | $ 7.25 | $ 534.12 | $ 290.00 | $ - | 12.50 | $ 20.03 | $ 250.37 | $ 166.91 | $ 83.46 |
| | | 7/20-7/26/14 | 52.5 | 68 | $ 908.00 | $ 13.35 | 40 | $ 7.25 | $ 534.12 | $ 290.00 | $ - | 12.50 | $ 20.03 | $ 250.37 | $ 166.91 | $ 83.46 |
| | | 7/27-8/2/14 | 52.5 | 68 | $ 908.00 | $ 13.35 | 40 | $ 7.25 | $ 534.12 | $ 290.00 | $ - | 12.50 | $ 20.03 | $ 250.37 | $ 166.91 | $ 83.46 |
| | | 8/3-8/9/14 | 52.5 | 73 | $ 958.00 | $ 13.12 | 40 | $ 7.25 | $ 524.93 | $ 290.00 | $ - | 12.50 | $ 19.68 | $ 246.06 | $ 164.04 | $ 82.02 |
| | | 8/10-8/16/14 | 52.5 | 68 | $ 908.00 | $ 13.35 | 40 | $ 7.25 | $ 534.12 | $ 290.00 | $ - | 12.50 | $ 20.03 | $ 250.37 | $ 166.91 | $ 83.46 |
| | | 8/17-8/23/14 | 52.5 | 68 | $ 908.00 | $ 13.35 | 40 | $ 7.25 | $ 534.12 | $ 290.00 | $ - | 12.50 | $ 20.03 | $ 250.37 | $ 166.91 | $ 83.46 |
| | | 8/24-8/30/14 | 52.5 | 73 | $ 958.00 | $ 13.12 | 40 | $ 7.25 | $ 524.93 | $ 290.00 | $ - | 12.50 | $ 19.68 | $ 246.06 | $ 164.04 | $ 82.02 |
| | | 8/31-9/6/14 | 52.5 | 63 | $ 858.00 | $ 13.62 | 40 | $ 7.25 | $ 544.76 | $ 290.00 | $ - | 12.50 | $ 20.43 | $ 255.36 | $ 170.24 | $ 85.12 |
| | | 9/7-9/13/14 | 52.5 | 55 | $ 740.00 | $ 13.45 | 40 | $ 7.25 | $ 538.18 | $ 290.00 | $ - | 12.50 | $ 20.18 | $ 252.27 | $ 168.18 | $ 84.09 |
| | | 9/14-9/20/14 | 52.5 | 48 | $ 708.00 | $ 14.75 | 40 | $ 7.25 | $ 590.00 | $ 290.00 | $ - | 12.50 | $ 22.13 | $ 276.56 | $ 184.38 | $ 92.19 |
| | | 9/21-9/27/14 | 52.5 | 48 | $ 708.00 | $ 14.75 | 40 | $ 7.25 | $ 590.00 | $ 290.00 | $ - | 12.50 | $ 22.13 | $ 276.56 | $ 184.38 | $ 92.19 |
| W-2 | $ 16,572.00 | 9/28-10/4/14 | | 8 | $ 118.00 | $ 14.75 | 8 | $ 7.25 | $ 118.00 | $ 58.00 | $ - | 0.00 | $ 22.13 | $ - | $ - | $ - |
| | | | | | $ 15,572.00 | | | | $ 11,544.79 | $ 6,206.00 | $ - | | | $ 4,912.70 | $ 3,275.13 | $ 1,637.57 |
| | | 5/10-5/16/15 | | 16 | $ 236.00 | $ 14.75 | 16 | $ 8.00 | $ 236.00 | $ 128.00 | $ - | 0.00 | $ 22.13 | $ - | $ - | $ - |
| | | 5/17-5/23/15 | | 8 | $ 118.00 | $ 14.75 | 8 | $ 8.00 | $ 118.00 | $ 64.00 | $ - | 0.00 | $ 22.13 | $ - | $ - | $ - |
| | | 5/24-5/30/15 | | 24 | $ 354.00 | $ 14.75 | 24 | $ 8.00 | $ 354.00 | $ 192.00 | $ - | 0.00 | $ 22.13 | $ - | $ - | $ - |
| | | 5/31-6/6/15 | | 16 | $ 240.00 | $ 15.00 | 16 | $ 8.00 | $ 240.00 | $ 128.00 | $ - | 0.00 | $ 22.50 | $ - | $ - | $ - |
| | | 6/7-6/13/15 | | 32 | $ 480.00 | $ 15.00 | 32 | $ 8.00 | $ 480.00 | $ 256.00 | $ - | 0.00 | $ 22.50 | $ - | $ - | $ - |
| | | 6/14-6/20/15 | | 32 | $ 480.00 | $ 15.00 | 32 | $ 8.00 | $ 480.00 | $ 256.00 | $ - | 0.00 | $ 22.50 | $ - | $ - | $ - |
| | | 6/21-6/27/15 | 52.5 | 50 | $ 700.00 | $ 14.00 | 40 | $ 8.00 | $ 560.00 | $ 320.00 | $ - | 12.50 | $ 21.00 | $ 262.50 | $ 175.00 | $ 87.50 |
| | | 6/28-7/4/15 | | 63 | $ 870.00 | $ 13.81 | 40 | $ 8.25 | $ 552.38 | $ 330.00 | $ - | 23.00 | $ 20.71 | $ 476.43 | $ 317.62 | $ 158.81 |
| | | 7/5-7/11/15 | | 60 | $ 800.00 | $ 13.33 | 40 | $ 8.25 | $ 533.33 | $ 330.00 | $ - | 20.00 | $ 20.00 | $ 400.00 | $ 266.67 | $ 133.33 |
| | | 7/12-7/18/15 | | 65 | $ 850.00 | $ 13.08 | 40 | $ 8.25 | $ 523.08 | $ 330.00 | $ - | 25.00 | $ 19.62 | $ 490.38 | $ 326.92 | $ 163.46 |
| | | 7/19-7/25/15 | | 70 | $ 900.00 | $ 12.86 | 40 | $ 8.25 | $ 514.29 | $ 330.00 | $ - | 30.00 | $ 19.29 | $ 578.57 | $ 385.71 | $ 192.86 |
| | | 7/26-8/1/15 | | 73 | $ 970.00 | $ 13.29 | 40 | $ 8.25 | $ 531.51 | $ 330.00 | $ - | 33.00 | $ 19.93 | $ 657.74 | $ 438.49 | $ 219.25 |
| | | 8/2-8/8/15 | | 88 | $ 1,170.00 | $ 13.30 | 40 | $ 8.25 | $ 531.82 | $ 330.00 | $ - | 48.00 | $ 19.94 | $ 957.27 | $ 638.18 | $ 319.09 |
| | | 8/9-8/15/15 | | 78 | $ 1,070.00 | $ 13.72 | 40 | $ 8.25 | $ 548.72 | $ 330.00 | $ - | 38.00 | $ 20.58 | $ 781.92 | $ 521.28 | $ 260.64 |
| | | 8/16-8/22/15 | | 83 | $ 1,120.00 | $ 13.49 | 40 | $ 8.25 | $ 539.76 | $ 330.00 | $ - | 43.00 | $ 20.24 | $ 870.36 | $ 580.24 | $ 290.12 |
| | | 8/23-8/29/15 | | 60 | $ 850.00 | $ 14.17 | 40 | $ 8.25 | $ 566.67 | $ 330.00 | $ - | 20.00 | $ 21.25 | $ 425.00 | $ 283.33 | $ 141.67 |
| | | 8/30-9/5/15 | | 52.5 | $ 825.00 | $ 15.71 | 40 | $ 8.25 | $ 628.57 | $ 330.00 | $ - | 12.50 | $ 23.57 | $ 294.64 | $ 196.43 | $ 98.21 |
| | | 9/6-9/12/15 | 52.5 | 48 | $ 920.00 | $ 19.17 | 40 | $ 8.25 | $ 766.67 | $ 330.00 | $ - | 12.50 | $ 28.75 | $ 359.38 | $ 239.58 | $ 119.79 |
| retirement plan box? | | 9/13-9/19/15 | 52.5 | 48 | $ 920.00 | $ 19.17 | 40 | $ 8.25 | $ 766.67 | $ 330.00 | $ - | 12.50 | $ 28.75 | $ 359.38 | $ 239.58 | $ 119.79 |
| | | 9/20-9/26/15 | 52.5 | 48 | $ 720.00 | $ 15.00 | 40 | $ 8.25 | $ 600.00 | $ 330.00 | $ - | 12.50 | $ 22.50 | $ 281.25 | $ 187.50 | $ 93.75 |
| | | 9/27-10/3/15 | | 24 | $ 360.00 | $ 15.00 | 24 | $ 8.25 | $ 360.00 | $ 198.00 | $ - | 0.00 | $ 22.50 | $ - | $ - | $ - |
| W-2 | $ 15,643.00 | 10/4-10/10/15 | | 40 | $ 600.00 | $ 15.00 | 40 | $ 8.25 | $ 600.00 | $ 330.00 | $ - | 0.00 | $ 22.50 | $ - | $ - | $ - |
| total | $ 15,673.00 | 10/11-10/17/15 | | 8 | $ 120.00 | $ 15.00 | 8 | $ 8.25 | $ 120.00 | $ 66.00 | $ - | 0.00 | $ 22.50 | $ - | $ - | $ - |
| | | | | | $ 15,673.00 | | | | $ 11,151.45 | $ 6,228.00 | $ - | | | $ 7,194.82 | $ 4,796.55 | $ 2,398.27 |

E. Schulman

Raymond Smith

7/26/17

## Minimum Wage & Overtime Damage Calculations
### Smith et al v. Sahara Café

Source: Sahara Café Records, Plaintiff allegations

| Pay Date | Check Amount | Work Week | Total Hours Worked Per Plaintiff | Hours Worked per Week per Pay Records | Total Compensation Received | Hourly Rate of Pay | NON OT Hours Worked | Obligatory Minimum Wage Rate for Non OT Hours | Total Compensation Received for Non OT Hours | Obligatory Compensation for NON OT Hours @ MW Rate | Total Minimum Wage Damages Owed | Overtime Hours Worked | Obligatory Overtime Rate | Obligatory Wages for Overtime Hours | Total Compensation Received for OT Hours worked | Total Overtime Wage Damages Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 6/5-6/11/16 | | 8 | $ 170.00 | $ 21.25 | | | | | | | | | | |
| | | 6/12-6/18/16 | | 8 | $ 170.00 | $ 21.25 | | | | | | | | | | |
| | | 6/19-6/25/16 | | 8 | $ 220.00 | $ 27.50 | | | | | | | | | | |
| | | 6/26-7/2/16 | | 8 | $ 220.00 | $ 27.50 | | | | | | | | | | |
| | | 7/3-7/9/16 | | 9 | $ 235.00 | $ 26.11 | | | | | | | | | | |
| | | 7/10-7/16/16 | | 8 | $ 220.00 | $ 27.50 | | | | | | | | | | |
| | | 7/17-7/23/16 | | 8 | $ 220.00 | $ 27.50 | | | | | | | | | | |
| | | 7/24-7/30/16 | | 8 | $ 220.00 | $ 27.50 | | | | | | | | | | |
| | | 7/31-8/6/16 | | 8 | $ 220.00 | $ 27.50 | | | | | | | | | | |
| | | 8/7-8/13/16 | | 8 | $ 220.00 | $ 27.50 | | | | | | | | | | |
| | | 8/14-8/20/16 | | 8 | $ 220.00 | $ 27.50 | | | | | | | | | | |
| | | 8/21-8/27/16 | | 8 | $ 220.00 | $ 27.50 | | | | | | | | | | |
| | | 8/28-9/3/16 | | 8 | $ 120.00 | $ 15.00 | | | | | | | | | | |
| | | 9/4-9/10/16 | | 8 | $ 220.00 | $ 27.50 | | | | | | | | | | |
| | | 9/11-9/17/16 | | 8 | $ 120.00 | $ 15.00 | | | | | | | | | | |
| W-2 | $ 3,255.00 | 9/18-9/24/16 | | 8 | $ 120.00 | $ 15.00 | | | | | | | | | | |
| | $ 3,255.00 | 9/25-10/1/16 | | 8 | $ 120.00 | $ 15.00 | | | | | | | | | | |

\* based on number of hours worked per Plaintiff
\*\* treble OT after 7/1/14

| | OT Damages Owed |
|---|---|
| Straight | $ 4,035.84 |
| 2X | $ 8,071.68 |
| 3X\*\* | $ 11,569.73 |

| 2014 | | |
|---|---|---|
| $ 537.80 | 2x | $ 1,075.60 |
| $ 1,099.77 | 3x | $ 3,299.30 |
| | | $ 4,374.90 |

E. Schulman

Mary Ann Wright

7/29/17

Minimum Wage & Overtime Damage Calculations
Smith et al v. Sahara Café

Source: Sahara Café Records, Plaintiff allegations

| Pay Date | Check Amount | Work Week | Total Hours Worked Per Plaintiff | Hours Worked per Week per Pay Records | Total Compensation Received | Hourly Rate of Pay* | NON OT Hours Worked | Obligatory Minimum Wage Rate for Non OT Hours | Total Compensation Received for Non OT Hours | Obligatory Compensation for NON OT Hours @ MW Rate | Total Minimum Wage Damages Owed | Overtime Hours Worked | Obligatory Overtime Rate | Obligatory Wages for Overtime Hours | Total Compensation Received for OT Hours worked | Total Overtime Wage Damages Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 4/20-4/26/14 | | 16 | $ 232.00 | $ 14.50 | 16 | $ 7.25 | $ 232.00 | $ 116.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| | | 4/27-5/3/14 | | 24 | $ 348.00 | $ 14.50 | 24 | $ 7.25 | $ 348.00 | $ 174.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| | | 5/4-5/10/14 | | 16 | $ 232.00 | $ 14.50 | 16 | $ 7.25 | $ 232.00 | $ 116.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| | | 5/11-5/17/14 | | 32 | $ 564.00 | $ 17.63 | 32 | $ 7.25 | $ 564.00 | $ 232.00 | $ - | 0.00 | $ 26.44 | $ - | $ - | $ - |
| | | 5/18-5/24/14 | | 41 | $ 694.50 | $ 16.94 | 40 | $ 7.25 | $ 677.56 | $ 290.00 | $ - | 1.00 | $ 25.41 | $ 25.41 | $ 16.94 | $ 8.47 |
| | | 5/25-5/31/14 | 52.5 | 49 | $ 760.50 | $ 14.49 | 40 | $ 7.25 | $ 579.43 | $ 290.00 | $ - | 12.50 | $ 21.73 | $ 271.61 | $ 181.07 | $ 90.54 |
| | | 6/1-6/7/14 | 52.5 | 49 | $ 710.50 | $ 13.53 | 40 | $ 7.25 | $ 541.33 | $ 290.00 | $ - | 12.50 | $ 20.30 | $ 253.75 | $ 169.17 | $ 84.58 |
| | | 6/8-6/14/14 | 52.5 | 49 | $ 760.50 | $ 14.49 | 40 | $ 7.25 | $ 579.43 | $ 290.00 | $ - | 12.50 | $ 21.73 | $ 271.61 | $ 181.07 | $ 90.54 |
| | | 6/15-6/21/14 | 52.5 | 49 | $ 760.50 | $ 14.49 | 40 | $ 7.25 | $ 579.43 | $ 290.00 | $ - | 12.50 | $ 21.73 | $ 271.61 | $ 181.07 | $ 90.54 |
| | | 6/22-6/28/14 | 52.5 | 49 | $ 760.50 | $ 14.49 | 40 | $ 7.25 | $ 579.43 | $ 290.00 | $ - | 12.50 | $ 21.73 | $ 271.61 | $ 181.07 | $ 90.54 |
| | | 6/29-7/5/14 | 52.5 | 50 | $ 825.00 | $ 15.71 | 40 | $ 7.25 | $ 628.57 | $ 290.00 | $ - | 12.50 | $ 23.57 | $ 294.64 | $ 196.43 | $ 98.21 |
| | | 7/6-7/12/14 | 52.5 | 49 | $ 910.50 | $ 17.34 | 40 | $ 7.25 | $ 693.71 | $ 290.00 | $ - | 12.50 | $ 26.01 | $ 325.18 | $ 216.79 | $ 108.39 |
| | | 7/13-7/19/14 | 52.5 | 49 | $ 910.50 | $ 17.34 | 40 | $ 7.25 | $ 693.71 | $ 290.00 | $ - | 12.50 | $ 26.01 | $ 325.18 | $ 216.79 | $ 108.39 |
| | | 7/20-7/26/14 | 52.5 | 49 | $ 910.50 | $ 17.34 | 40 | $ 7.25 | $ 693.71 | $ 290.00 | $ - | 12.50 | $ 26.01 | $ 325.18 | $ 216.79 | $ 108.39 |
| | | 7/27-8/2/14 | 52.5 | 49 | $ 910.50 | $ 17.34 | 40 | $ 7.25 | $ 693.71 | $ 290.00 | $ - | 12.50 | $ 26.01 | $ 325.18 | $ 216.79 | $ 108.39 |
| | | 8/3-8/9/14 | 52.5 | 49 | $ 1,010.50 | $ 19.25 | 40 | $ 7.25 | $ 769.90 | $ 290.00 | $ - | 12.50 | $ 28.87 | $ 360.89 | $ 240.60 | $ 120.30 |
| | | 8/10-8/16/14 | 52.5 | 41 | $ 794.50 | $ 15.13 | 40 | $ 7.25 | $ 605.33 | $ 290.00 | $ - | 12.50 | $ 22.70 | $ 283.75 | $ 189.17 | $ 94.58 |
| | | 8/17-8/23/14 | 52.5 | 49 | $ 910.50 | $ 17.34 | 40 | $ 7.25 | $ 693.71 | $ 290.00 | $ - | 12.50 | $ 26.01 | $ 325.18 | $ 216.79 | $ 108.39 |
| | | 8/24-8/30/14 | 52.5 | 49 | $ 910.50 | $ 17.34 | 40 | $ 7.25 | $ 693.71 | $ 290.00 | $ - | 12.50 | $ 26.01 | $ 325.18 | $ 216.79 | $ 108.39 |
| | | 8/31-9/6/14 | 52.5 | 48 | $ 796.00 | $ 15.16 | 40 | $ 7.25 | $ 606.48 | $ 290.00 | $ - | 12.50 | $ 22.74 | $ 284.29 | $ 189.52 | $ 94.76 |
| loan repayment | | 9/7-9/13/14 | 52.5 | 48 | $ 796.00 | $ 15.16 | 40 | $ 7.25 | $ 606.48 | $ 290.00 | $ - | 12.50 | $ 22.74 | $ 284.29 | $ 189.52 | $ 94.76 |
| | | 9/14-9/20/14 | 52.5 | 48 | $ 796.00 | $ 15.16 | 40 | $ 7.25 | $ 606.48 | $ 290.00 | $ - | 12.50 | $ 22.74 | $ 284.29 | $ 189.52 | $ 94.76 |
| | | 9/21-9/27/14 | 52.5 | 40 | $ 680.00 | $ 12.95 | 40 | $ 7.25 | $ 518.10 | $ 290.00 | $ - | 12.50 | $ 19.43 | $ 242.86 | $ 161.90 | $ 80.95 |
| W-2 | $ 18,028.00 | 9/28-10/4/14 | 52.5 | 40 | $ 580.00 | $ 11.05 | 40 | $ 7.25 | $ 441.90 | $ 290.00 | $ - | 12.50 | $ 16.57 | $ 207.14 | $ 138.10 | $ 69.05 |
| paid | $ 18,028.00 | 10/5-10/12/14 | | 32 | $ 464.00 | $ 14.50 | 32 | $ 7.25 | $ 464.00 | $ 232.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| | | | | | $ 18,354.00 | | | | $ 14,322.13 | $ 6,670.00 | $ - | | | $ 5,558.80 | $ 3,705.87 | $ 1,852.93 |
| | | | | | | | | | | | | | | | | |
| | | 4/19-4/25/15 | | 16 | $ 232.00 | $ 14.50 | 16 | $ 8.00 | $ 232.00 | $ 128.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| | | 4/26-5/2/15 | | 24 | $ 348.00 | $ 14.50 | 24 | $ 8.00 | $ 348.00 | $ 192.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| | | 5/3-5/9/15 | | 32 | $ 464.00 | $ 14.50 | 32 | $ 8.00 | $ 464.00 | $ 256.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| | | 5/10-5/16/15 | | 40 | $ 630.00 | $ 15.75 | 40 | $ 8.00 | $ 630.00 | $ 320.00 | $ - | 0.00 | $ 23.63 | $ - | $ - | $ - |
| | | 5/17-5/23/15 | 52.5 | 49 | $ 760.50 | $ 14.48 | 40 | $ 8.00 | $ 579.05 | $ 320.00 | $ - | 12.50 | $ 21.71 | $ 271.43 | $ 180.95 | $ 90.48 |
| | | 5/24-5/30/15 | 52.5 | 49 | $ 710.50 | $ 13.53 | 40 | $ 8.00 | $ 541.33 | $ 320.00 | $ - | 12.50 | $ 20.30 | $ 253.75 | $ 169.17 | $ 84.58 |
| | | 5/31-6/6/15 | 52.5 | 49 | $ 710.50 | $ 13.53 | 40 | $ 8.00 | $ 541.33 | $ 320.00 | $ - | 12.50 | $ 20.30 | $ 253.75 | $ 169.17 | $ 84.58 |
| | | 6/7-6/13/15 | 52.5 | 49 | $ 760.50 | $ 14.49 | 40 | $ 8.00 | $ 579.43 | $ 320.00 | $ - | 12.50 | $ 21.73 | $ 271.61 | $ 181.07 | $ 90.54 |
| | | 6/14-6/20/15 | 52.5 | 50 | $ 775.00 | $ 14.76 | 40 | $ 8.00 | $ 590.48 | $ 320.00 | $ - | 12.50 | $ 22.14 | $ 276.79 | $ 184.52 | $ 92.26 |
| | | 6/21-6/27/15 | 52.5 | 40 | $ 680.00 | $ 12.95 | 40 | $ 8.00 | $ 518.10 | $ 320.00 | $ - | 12.50 | $ 19.43 | $ 242.86 | $ 161.90 | $ 80.95 |
| | | 6/28-7/4/15 | 52.5 | 49 | $ 810.50 | $ 15.44 | 40 | $ 8.25 | $ 617.52 | $ 330.00 | $ - | 12.50 | $ 23.16 | $ 289.46 | $ 192.98 | $ 96.49 |
| | | 7/5-7/11/15 | 52.5 | 50 | $ 825.00 | $ 15.71 | 40 | $ 8.25 | $ 628.57 | $ 330.00 | $ - | 12.50 | $ 23.57 | $ 294.64 | $ 196.43 | $ 98.21 |
| | | 7/12-7/18/15 | 52.5 | 49 | $ 810.50 | $ 15.44 | 40 | $ 8.25 | $ 617.52 | $ 330.00 | $ - | 12.50 | $ 23.16 | $ 289.46 | $ 192.98 | $ 96.49 |
| # | | 7/19-7/25/15 | 52.5 | 49 | $ 910.50 | $ 17.34 | 40 | $ 8.25 | $ 693.71 | $ 330.00 | $ - | 12.50 | $ 26.01 | $ 325.18 | $ 216.79 | $ 108.39 |
| | | 7/26-8/1/15 | 52.5 | 49 | $ 910.50 | $ 17.34 | 40 | $ 8.25 | $ 693.71 | $ 330.00 | $ - | 12.50 | $ 26.01 | $ 325.18 | $ 216.79 | $ 108.39 |
| | | 8/2-8/8/15 | 52.5 | 49 | $ 910.50 | $ 17.34 | 40 | $ 8.25 | $ 693.71 | $ 330.00 | $ - | 12.50 | $ 26.01 | $ 325.18 | $ 216.79 | $ 108.39 |
| | | 8/9-8/15/15 | 52.5 | 49 | $ 910.50 | $ 17.34 | 40 | $ 8.25 | $ 693.71 | $ 330.00 | $ - | 12.50 | $ 26.01 | $ 325.18 | $ 216.79 | $ 108.39 |
| | | 8/16-8/22/15 | 52.5 | 49 | $ 910.50 | $ 17.34 | 40 | $ 8.25 | $ 693.71 | $ 330.00 | $ - | 12.50 | $ 26.01 | $ 325.18 | $ 216.79 | $ 108.39 |
| | | 8/23-8/29/15 | 52.5 | 49 | $ 910.50 | $ 17.34 | 40 | $ 8.25 | $ 693.71 | $ 330.00 | $ - | 12.50 | $ 26.01 | $ 325.18 | $ 216.79 | $ 108.39 |
| | | 8/30-9/5/15 | 52.5 | 49 | $ 810.50 | $ 15.44 | 40 | $ 8.25 | $ 617.52 | $ 330.00 | $ - | 12.50 | $ 23.16 | $ 289.46 | $ 192.98 | $ 96.49 |
| | | 9/6-9/12/15 | 52.5 | 48 | $ 796.00 | $ 15.16 | 40 | $ 8.25 | $ 606.48 | $ 330.00 | $ - | 12.50 | $ 22.74 | $ 284.29 | $ 189.52 | $ 94.76 |
| | | 9/13-9/19/15 | 52.5 | 40 | $ 680.00 | $ 12.95 | 40 | $ 8.25 | $ 518.10 | $ 330.00 | $ - | 12.50 | $ 19.43 | $ 242.86 | $ 161.90 | $ 80.95 |
| | | 9/20-9/26/15 | 52.5 | 48 | $ 696.00 | $ 13.26 | 40 | $ 8.25 | $ 530.29 | $ 330.00 | $ - | 12.50 | $ 19.89 | $ 248.57 | $ 165.71 | $ 82.86 |
| | | 9/27-10/3/15 | | 48 | $ 696.00 | $ 13.26 | 40 | $ 8.25 | $ 530.29 | $ 330.00 | $ - | 12.50 | $ 19.89 | $ 248.57 | $ 165.71 | $ 82.86 |
| W-2 | $ 18,354.50 | 10/4-10/10/15 | | 40 | $ 580.00 | $ 14.50 | 40 | $ 8.25 | $ 580.00 | $ 330.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| paid | $ 18,354.00 | 10/11-10/17/15 | | 8 | $ 116.00 | $ 14.50 | 8 | $ 8.25 | $ 116.00 | $ 66.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| | | | | | $ 18,354.00 | | | | $ 14,548.29 | $ 7,832.00 | $ - | | | $ 5,708.57 | $ 3,805.71 | $ 1,902.86 |
| | | | | | | | | | | | | | | | | |
| | | 4/24-4/30/16 | | 16 | $ 232.00 | $ 14.50 | 16 | $ 8.25 | $ 232.00 | $ 132.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |

E. Schulman

Mary Ann Wright

7/29/17

Minimum Wage & Overtime Damage Calculations
Smith et al v. Sahara Café

Source: Sahara Café Records, Plaintiff allegations

| Pay Date | Check Amount | Work Week | Total Hours Worked Per Plaintiff | Hours Worked per Week per Pay Records | Total Compensation Received | Hourly Rate of Pay* | NON OT Hours Worked | Obligatory Minimum Wage Rate for Non OT Hours | Total Compensation Received for Non OT Hours | Obligatory Compensation for NON OT Hours @ MW Rate | Total Minimum Wage Damages Owed | Overtime Hours Worked | Obligatory Overtime Rate | Obligatory Wages for Overtime Hours | Total Compensation on Received for OT Hours worked | Total Overtime Wage Damages Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5/1-5/7/16 | | 24 | $ 348.00 | $ 14.50 | 24 | $ 8.25 | $ 348.00 | $ 198.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| | | 5/8-5/14/16 | | 40 | $ 580.00 | $ 14.50 | 40 | $ 8.25 | $ 580.00 | $ 330.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| | | 5/15-5/21/16 | | 49 | $ 710.50 | $ 14.50 | 40 | $ 8.25 | $ 580.00 | $ 330.00 | $ - | 9.00 | $ 21.75 | $ 195.75 | $ 130.50 | $ 65.25 |
| | | 5/22-5/28/16 | | 57 | $ 819.25 | $ 14.37 | 40 | $ 8.25 | $ 574.91 | $ 330.00 | $ - | 17.00 | $ 21.56 | $ 366.51 | $ 244.34 | $ 122.17 |
| | | 5/29-6/4/16 | 52.5 | 49 | $ 775.75 | $ 14.78 | 40 | $ 8.25 | $ 591.05 | $ 330.00 | $ - | 12.50 | $ 22.16 | $ 277.05 | $ 184.70 | $ 92.35 |
| | | 6/5-6/11/16 | 52.5 | 48 | $ 754.00 | $ 14.36 | 40 | $ 8.25 | $ 574.48 | $ 330.00 | $ - | 12.50 | $ 21.54 | $ 269.29 | $ 179.52 | $ 89.76 |
| | | 6/12-6/18/16 | 52.5 | 48 | $ 754.00 | $ 14.36 | 40 | $ 8.25 | $ 574.48 | $ 330.00 | $ - | 12.50 | $ 21.54 | $ 269.29 | $ 179.52 | $ 89.76 |
| | | 6/19-6/25/16 | 52.5 | 48 | $ 804.00 | $ 15.31 | 40 | $ 8.25 | $ 612.57 | $ 330.00 | $ - | 12.50 | $ 22.97 | $ 287.14 | $ 191.43 | $ 95.71 |
| | | 6/26-7/2/16 | 52.5 | 48 | $ 804.00 | $ 15.31 | 40 | $ 8.25 | $ 612.57 | $ 330.00 | $ - | 12.50 | $ 22.97 | $ 287.14 | $ 191.43 | $ 95.71 |
| | | 7/3-7/9/16 | 52.5 | 49 | $ 825.75 | $ 15.73 | 40 | $ 8.75 | $ 629.14 | $ 350.00 | $ - | 12.50 | $ 23.59 | $ 294.91 | $ 196.61 | $ 98.30 |
| | | 7/10-7/16/16 | 52.5 | 48 | $ 804.00 | $ 15.31 | 40 | $ 8.75 | $ 612.57 | $ 350.00 | $ - | 12.50 | $ 22.97 | $ 287.14 | $ 191.43 | $ 95.71 |
| | | 7/17-7/23/16 | 52.5 | 48 | $ 804.00 | $ 15.31 | 40 | $ 8.75 | $ 612.57 | $ 350.00 | $ - | 12.50 | $ 22.97 | $ 287.14 | $ 191.43 | $ 95.71 |
| | | 7/24-7/30/16 | 52.5 | 48 | $ 804.00 | $ 15.31 | 40 | $ 8.75 | $ 612.57 | $ 350.00 | $ - | 12.50 | $ 22.97 | $ 287.14 | $ 191.43 | $ 95.71 |
| | | 7/31-8/6/16 | 52.5 | 48 | $ 854.00 | $ 16.27 | 40 | $ 8.75 | $ 650.67 | $ 350.00 | $ - | 12.50 | $ 24.40 | $ 305.00 | $ 203.33 | $ 101.67 |
| | | 8/7-8/13/16 | 52.5 | 48 | $ 854.00 | $ 16.27 | 40 | $ 8.75 | $ 650.67 | $ 350.00 | $ - | 12.50 | $ 24.40 | $ 305.00 | $ 203.33 | $ 101.67 |
| | | 8/14-8/20/16 | 52.5 | 48 | $ 854.00 | $ 16.27 | 40 | $ 8.75 | $ 650.67 | $ 350.00 | $ - | 12.50 | $ 24.40 | $ 305.00 | $ 203.33 | $ 101.67 |
| | | 8/21-8/27/16 | 52.5 | 48 | $ 854.00 | $ 16.27 | 40 | $ 8.75 | $ 650.67 | $ 350.00 | $ - | 12.50 | $ 24.40 | $ 305.00 | $ 203.33 | $ 101.67 |
| | | 8/28-9/3/16 | 52.5 | 48 | $ 854.00 | $ 16.27 | 40 | $ 8.75 | $ 650.67 | $ 350.00 | $ - | 12.50 | $ 24.40 | $ 305.00 | $ 203.33 | $ 101.67 |
| | | 9/4-9/10/16 | 52.5 | 48 | $ 854.00 | $ 16.27 | 40 | $ 8.75 | $ 650.67 | $ 350.00 | $ - | 12.50 | $ 24.40 | $ 305.00 | $ 203.33 | $ 101.67 |
| | | 9/11-9/17/16 | 52.5 | 32 | $ 564.00 | $ 10.74 | 40 | $ 8.75 | $ 429.71 | $ 350.00 | $ - | 12.50 | $ 16.11 | $ 201.43 | $ 134.29 | $ 67.14 |
| | | 9/18-9/24/16 | 52.5 | 48 | $ 854.00 | $ 16.27 | 40 | $ 8.75 | $ 650.67 | $ 350.00 | $ - | 12.50 | $ 24.40 | $ 305.00 | $ 203.33 | $ 101.67 |
| W# | $18,101.25 | 9/25-10/1/16 | 52.5 | 40 | $ 580.00 | $ 11.05 | 40 | $ 8.75 | $ 441.90 | $ 350.00 | $ - | 12.50 | $ 16.57 | $ 207.14 | $ 138.10 | $ 69.05 |
| paid | $18,101.25 | 10/2-10/8/16 | | 40 | $ 580.00 | $ 14.50 | 40 | $ 8.75 | $ 580.00 | $ 350.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| | | 10/9-10/15/16 | | 40 | $ 580.00 | $ 14.50 | 40 | $ 8.75 | $ 580.00 | $ 350.00 | $ - | 0.00 | $ 21.75 | $ - | $ - | $ - |
| | | | | | $ 18,101.25 | | | | $ 14,333.20 | $ 8,240.00 | $ - | | | $ 5,652.08 | $ 3,768.05 | $ 1,884.03 |

* based on number of hours worked per Plaintiff
** treble OT after 7/1/14

| | OT Damages Owed |
|---|---|
| Straight | $ 5,639.82 |
| 2X | $ 11,279.63 |
| 3X** | $ 16,464.26 |

| 2014 | | | |
|---|---|---|---|
| $ 455.20 | 2x | $ | 910.39 |
| $ 1,397.74 | 3x | $ | 4,193.21 |
| | | $ | 5,103.61 |