

# Howard B. Hoffman, Attorney at Law

600 Jefferson Plaza Suite 304

Rockville, MD 20852

Phone: 301-251-3752　|　Fax: 301-251-3753

Account Statement

Prepared for Raymond Smith

Re: Sahara Cafe FLSA Litig.

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $16,057.82 |
| New Balance | $16,057.82 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| Now Due | $16,057.82 |
| Trust Account | $0.00 |

# Howard B. Hoffman, Attorney at Law

600 Jefferson Plaza Suite 304

Rockville, MD 20852

Phone: 301-251-3752 | Fax: 301-251-3753

Raymond Smith

Invoice Date: August 18, 2017
Invoice Amount: $16,057.82

## Matter: Sahara Cafe FLSA Litig.

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 5/2/2017 | Lengthy tele conf. with Mary Ann Wright. Lengthy tele conf. with Raymond Smith. | H.B.H. | 2.20 | $880.00 |
| 5/3/2017 | Draft memo of representation; review and revise. Transmit to clients. (.3 hrs). Tele conf. with M. Wright re status of matter. | H.B.H. | .50 | $200.00 |
| 5/4/2017 | Begin drafting Complaint. | H.B.H. | .20 | $80.00 |
| 5/5/2017 | Draft Complaint re Sahara Cafe. | H.B.H. | 1.70 | $680.00 |
| 5/6/2017 | Tele conf. with RS and MW re wage/hour claims. | H.B.H. | .30 | $120.00 |
| 5/11/2017 | Tele conf. with R. Smith. (.1 hrs). Tele conf. with M. Wright. (.2 hrs). Review and revise Complaint. Draft Summons and Civil Coversheet. Open case via ECF. (1.1 hrs). | H.B.H. | 1.40 | $560.00 |
| 5/12/2017 | Review Summons. | H.B.H. | .10 | $40.00 |
| 5/15/2017 | Draft 2pg letter to J. Whitmeyer re filing of lawsuit, desirability of settlement, willingness to negotiate, etc. Review and revise. Prepare Complaint, Civil Cover-Sheet and Summons materials. Draft memo to process server re instructions. Transmit materials for service of process to process server via Priority Mail. | H.B.H. | 1.10 | $440.00 |
| 5/22/2017 | Tele conf. with M. Wright re status of matter. | H.B.H. | .20 | $80.00 |
| 5/31/2017 | Tele conf. with J. Whitmeyer re status of matter. | H.B.H. | .10 | $40.00 |
| 5/31/2017 | Multi (2) tele conf. with M. Wright re status of matter. | H.B.H. | .10 | $40.00 |
| 5/31/2017 | File proof of service. | H.B.H. | .10 | $40.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 6/9/2017 | Tele conf. with M. Wright re status of matter. | H.B.H. | .10 | $40.00 |
| 6/13/2017 | Tele conf. with J. Whitmeyer re overtime claims re Sahara Motel. | H.B.H. | .10 | $40.00 |
| 6/13/2017 | Tele conf. with M. Wright re Sahara Cafe. | H.B.H. | .10 | $40.00 |
| 6/15/2017 | Review Answer. | H.B.H. | .20 | $80.00 |
| 6/16/2017 | Review Scheduling Order and accompanying papers from Court. | H.B.H. | .20 | $80.00 |
| 6/19/2017 | Review Scheduling Order. (.1 hrs). | H.B.H. | .10 | $40.00 |
| 6/19/2017 | Tele conf. with R. Smith re status of matter. | H.B.H. | .10 | $40.00 |
| 6/19/2017 | Begin drafting specialized Interrogatories re coverage concerns. | H.B.H. | .90 | $360.00 |
| 6/20/2017 | Tele conf. with M. Wright and R. Smith re enterprise coverage issues. | H.B.H. | .50 | $200.00 |
| 6/20/2017 | Continue revisions to Interrogatories. Finalize same. (.2 hrs). Draft Request for Production of Documents; review and revise. Finalize same. (.6 hrs). Transmit via US Priority Mail. | H.B.H. | .80 | $320.00 |
| 6/27/2017 | Review Order of Court re conference call topics. Draft lengthy comm. to counsel re same. Review response. | H.B.H. | .60 | $240.00 |
| 6/27/2017 | Review Rule 45 re notice requirements re subpoena. Comm with MAW re banking target. | H.B.H. | .10 | $40.00 |
| 6/28/2017 | Lengthy tele conf with K. Callaway re status report issues. (.5 hrs). Draft proposed status report; forward to K. Callaway. Review response. Prepare in final and file via ECF. (.8 hrs). | H.B.H. | 1.30 | $520.00 |
| 6/30/2017 | Tele conf. with Court (Judge Russell) re status of matter. (.1 hrs). Review multiple orders of the Court. (.2 hrs). Draft Magistrate Consent; review and revise. File via ECF. (.2 hrs). | H.B.H. | .50 | $200.00 |
| 6/30/2017 | SDAT research re Sysco, Holt, and Calvin B Taylor Bank. (.2 hrs). Draft proposed Subpoena Duces Tecum re Calvin B. Taylor Bank. Review and revise. Draft comm. to opposing counsel re same. | H.B.H. | .60 | $240.00 |
| 7/5/2017 | Multi tele conf. with clients (R. Smith and M. Wright) re food suppliers and manner of calculating enterprise coverage. | H.B.H. | .50 | $200.00 |
| 7/6/2017 | Review and revise Subpoena to Calvin B. Taylor bank. Draft Subpoenas for Sysco and Holt; review and revise. Draft Subpoena forms; review and revise. Prepare materials re Subpoena for Holt, Sysco and Calvin B. Taylor; transmit via certified mail. | H.B.H. | .90 | $360.00 |
| 7/11/2017 | Tele conf. clerk from Holt Paper re subpoena. | H.B.H. | .20 | $80.00 |
| 7/12/2017 | Briefly review docs from Holt; comm. with clerk re same. (.1 hrs). Prepare, organize, and review multi year invoices; transmit same to E. Schulman. | H.B.H. | 1.40 | $560.00 |
| 7/12/2017 | Review documentation from Wright; prepare and transmit to E. Schulman with accompanying comm. | H.B.H. | .50 | $200.00 |
| 7/18/2017 | Review and respond to Judicial Assistant re mediation referral. | H.B.H. | .10 | $40.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 7/18/2017 | Review Consent to Magistrate filed by Defendants. | H.B.H. | .10 | $40.00 |
| 7/18/2017 | Review comm. from Kirby Callaway re extension of discovery responses; draft extensive response re discovery, settlement, and related issues. | H.B.H. | 1.30 | $520.00 |
| 7/19/2017 | Tele conf. with R. Smith. (.1 hrs). Review comm. from M. Wright. (.1 hrs). | H.B.H. | .20 | $80.00 |
| 7/19/2017 | Batestamp Holt Production and prepare CD-ROM; draft ltr to DeTar re same. | H.B.H. | .50 | $200.00 |
| 7/19/2017 | Review discovery order. | H.B.H. | .10 | $40.00 |
| 7/19/2017 | Draft lodestar statement. Review billing records. | H.B.H. | .20 | $80.00 |
| 7/19/2017 | Review comm. from R. DeTar re discovery objection (identification of full payroll); draft lengthy response thereto. | H.B.H. | .20 | $80.00 |
| 7/20/2017 | Forward lodestar statement. | H.B.H. | .10 | No Charge |
| 7/24/2017 | Review document production from Sysco. Review document production from CT Bank. (1.3 hrs). Multi (3) tele conf. with E. Schulman re property inspection and methods of calculating income. (.9 hrs). | H.B.H. | 2.20 | $880.00 |
| 7/24/2017 | Draft Request for Admissions. (.5 hrs). Draft Interrogatories to Whitmeyer. (1.4 hrs). Draft Request re Property Inspection. (.4 hrs). | H.B.H. | 2.30 | $920.00 |
| 7/24/2017 | Draft comm. to counsel attaching new discovery. | H.B.H. | .10 | $40.00 |
| 7/25/2017 | Tele conf. with R. Smith re status of matter. | H.B.H. | .20 | $80.00 |
| 7/25/2017 | Review settlement offer letter. (.2 hrs). | H.B.H. | .20 | $80.00 |
| 7/25/2017 | Review Defendants production of documents. | H.B.H. | .90 | $360.00 |
| 7/26/2017 | Tele conf. with R. Smith re settlement letter. (.2 hrs). Tele conf. with M. Wright re settlement letter. (.2 hrs). | H.B.H. | .40 | $160.00 |
| 7/26/2017 | Tele conf. with A. Hayman re expert witness testimony. | H.B.H. | .60 | $240.00 |
| 8/1/2017 | Draft detailed 3pg letter to DeTar re settlement response. | H.B.H. | 1.50 | $600.00 |
| 8/2/2017 | Prepare Sysco documents and Calvin B. Taylor documents for transmittal to DeTar. | H.B.H. | 1.30 | No Charge |
| 8/2/2017 | Draft ltr to DeTar encl. Sysco and Calvin B. Taylor records. | H.B.H. | .10 | $40.00 |
| 8/2/2017 | Draft 2nd set of Interrogs to Whitmeyer. | H.B.H. | .20 | $80.00 |
| 8/2/2017 | Draft ltr to DeTar re interrogatory answer and their deficiencies; review and revise. Transmit with e-comm re same. | H.B.H. | 1.60 | $640.00 |
| 8/3/2017 | Review and respond to comm from K. Callaway. | H.B.H. | .10 | $40.00 |
| 8/4/2017 | Tele conf. with DeTar re status of matter. | H.B.H. | .10 | $40.00 |
| 8/5/2017 | Tele conf. with R. Smith re settlement prospects. | H.B.H. | .10 | $40.00 |
| 8/7/2017 | Draft settlement agreement; review and revise. Draft comm. to DeTar re settlement of fees/costs. | H.B.H. | 1.10 | $440.00 |
| 8/9/2017 | Draft comm. to opposing counsel re status of matter. | H.B.H. | .10 | $40.00 |
| 8/11/2017 | Review and respond to comm. from K. Callaway re settlement agreement. Review revised settlement agreement. | H.B.H. | .20 | $80.00 |
| 8/15/2017 | Draft Joint Motion for Settlement. (1.1 hrs). | H.B.H. | 1.60 | $640.00 |

| | | | | |
|---|---|---|---|---|
| 8/16/2017 | Transmit finalized agreements to clients, with comm. re same. Tele conf. with M. Wright re settlement. (.5 hrs). Tele conf. with R. Smith re settlement agreement and signing same. (.3 hrs). Multi tele conf. with M. Wright re settlement agreement and signing same. (.3 hrs). Draft proposed Order re Approval of Settlement. (.2 hrs). | H.B.H. | .80 | $320.00 |
| 8/17/2017 | Draft Affidavit. Review comms. from opposing counsel. Review and revise Joint Motion. Prepare and assemble Joint Motion. File same via ECF. | H.B.H. | 1.40 | $560.00 |
| SUBTOTAL: | | | 37.60 | $14,480.00 |

**Costs**

| | | |
|---|---|---|
| 5/3/2017 | Postage - M. Wright | $1.19 |
| 7/6/2017 | Certified Mail - Subpoena; Sysco | $7.71 |
| 7/6/2017 | Certified Mail - CBT Bank | $7.29 |
| 7/6/2017 | Certified Mail - Subpoena Holt | $7.71 |
| 7/6/2017 | Postage - DeTar | $1.61 |
| 7/24/2017 | Postage - Priority (DeTar) | $5.95 |
| 8/4/2017 | Invoice - Elana Schulman, CPA/CFE (Expert) | $750.00 |
| 5/11/2017 | Filing Fee | $400.00 |
| 5/25/2017 | Service of Process (Beach Process, LLC) | $110.00 |
| 6/7/2017 | Priority Postage (return) - M. Wright | $5.95 |
| 6/7/2017 | Priority Postage - M. Wright | $5.95 |
| 6/20/2017 | Priority Postage - R. DeTar | $5.95 |
| 7/19/2017 | Postage - DeTar | $1.61 |
| 8/2/2017 | Postage - Priority Mail (Box) | $12.40 |
| 8/7/2017 | Copies (through 8/7/17) (1,018 copies @ .25/page) | $254.50 |
| SUBTOTAL: | | $1,577.82 |

**Matter Ledgers**

SUBTOTAL:

**Trust Account**

| | | |
|---|---|---|
| 8/17/2017 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $16,057.82

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $16,057.82

# Elana Schulman, CPA, CFE

# INVOICE

1315 Windsor Ridge Lane
Annapolis, MD 21409
(443) 414-4688
elana71@gmail.com

**DATE:** August 4, 2017
**INVOICE #** 1106
**FOR:** Sahara Cafe

**Bill To:**

Howard B. Hoffman, Esq.
600 Jefferson Plaza #304
Rockville, MD 20852

| DATE | DESCRIPTION | HOURS/RATE | AMOUNT |
|---|---|---|---|
| | **Smith et al v Sahara Café OC** | | |
| 7/7/17 | Review and summarize social media posts Sahara Café: Yelp, Google, Trip Advisor | 1/$150 | $150.00 |
| 7/26/17 | Data entry and worksheet setup Plaintiffs Smith and Wright | 3/$150 | $450.00 |
| 7/29/17 | Preliminary damage calculations for Plaintiffs Smith and Wright | 1/$150 | $150.00 |
| | Total | | $750.00 |
| | TOTAL | | $750.00 |

THANK YOU FOR YOUR BUSINESS!