IN THE U.S. DISTRICT COURT OF MARYLAND
FOR DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Raymond Smith, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. ADC 17-1299 |
| Sahara Cafe O.C., Inc. et al. | * | |
| Defendants | * | |

## ORDER

Pending before the Court is the Parties' Joint Motion for Approval of FLSA Settlement ("Joint Motion"). After consideration and review of the Parties' Joint Motion and the Settlement Agreement and Full and Final Release of Claims ("Settlement Agreement"), it is hereby:

**ORDERED**, that the Settlement Agreement is **APPROVED** as a fair and reasonable resolution of the parties' Fair Labor Standards Act ("FLSA") dispute;

**ORDERED**, that the Parties' Joint Motion is **GRANTED**;

**ORDERED**, that the Court shall retain jurisdiction over this case until the Defendants' payments are made pursuant to the Settlement Agreement;

**ORDERED**, Plaintiff shall promptly advise the Court after payment has been received and the funds have fully and unconditionally cleared;

**FURTHER ORDERED**, that provided the Defendants make all payments under the Settlement Agreement, Plaintiffs' claims shall be DISMISSED with prejudice; and that the Clerk of Court will CLOSE this case.

Date: 21 August 2017

Hon. A. David Copperthite
U.S. Magistrate Judge